_____

No. 96-1888
_____

UNITED STATES OF AMERICA          *
                                  *
          Plaintiff - Appellee    *
                                  *   Appeal from the United States
     v.                           *   District Court for the Eastern
                                  *   District of Missouri.
JOE ORONA                         *
                                  *        [UNPUBLISHED]
          Defendant - Appellant   *
                                  *

          Submitted:  November 20, 1996

            Filed:  January 10, 1997
                   _____

Before MCMILLIAN and HENLEY, Circuit Judges, and BOGUE,* District Judge.
                   _____

PER CURIAM.


     Joe Orona entered a Rule 11(a)(2) plea to possession with intent to
deliver marijuana.  On appeal, Orona contends the district court improperly
refused to suppress evidence and statements gathered during a search of
Orona's vehicle.  Orona claims that the police expanded the scope of a
lawful traffic stop without justification, and that he was thereafter
unlawfully seized.  He further argues that his consent to search his
vehicle was tainted by his unlawful arrest and that the search was
therefore unlawful.

_____

     *The HONORABLE ANDREW W. BOGUE, United States District
Judge for the District of South Dakota, sitting by
designation.

After a careful review of the record and the parties' briefs, we conclude the magistrate judge properly denied Orona's motion to suppress, and that an opinion would lack precedential value and would serve no useful purpose.  We thus affirm for the reasons stated in the magistrate judge's report adopted by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.